**Order filed September 27, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00555-CR
_____

**MARLON BRANDON VALDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1622557**

## ORDER

The clerk's record in this case was due September 6, 2022. *See* Tex. R. App. P.35.2. On September 7, 2022, the clerk of this court sent a letter to the Harris County District Clerk, informing her that the record had not been filed.

The court has not received a request for an extension of time to file the record. The record has not been filed with the court. We therefore issue the following order.

We order the Harris County District Clerk, to file the record in this appeal on or before October 27, 2022.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.